**ESTEBAN-TRINIDAD LAW, P.C.**
M. LANI ESTEBAN-TRINIDAD
Nevada Bar No. 006967
4315 N. Rancho Drive, Ste. 110
Las Vegas, Nevada  89130
Telephone: (702) 736-5297
Facsimile: (702) 736-5299

Attorney for Plaintiff,
RUBY PASION

**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF NEVADA**

| | |
|---|---|
| RUBY PASION, an individual;                    )<br>                    Plaintiff,           )<br>vs.                                                        )<br>                                                              )<br>THI OF NEVADA II AT DESERT LANE, LLC; )<br>a Foreign Limited Liability Company;        )<br>DOES 1 through 10 inclusive;                    )<br>ROES CORPORATIONS/ENTITIES 1 through 10 )<br>inclusive,                                               )<br>                    Defendant.            )<br>_____) | Case No: 2:15-cv-00436-JCM-VCF |

### STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S PARTIAL MOTION TO DISMISS [FIRST REQUEST]

Plaintiff RUBY PASION (hereinafter "Plaintiff") and THI OF NEVADA II AT DESERT LANE, LLC (hereinafter "Defendant"), by and through their respective counsels of record, hereby stipulate and agree to extend the time for Plaintiff to respond to Defendant's Partial Motion to Dismiss, up to and including July 20, 2015.

This extension is necessary to provide adequate time for Plaintiff to receive and review necessary information in order to respond to Defendant's Partial Motion to Dismiss.  This is the first request for an extension of time to respond to Defendant's Partial Motion to Dismiss.

…

…

-1-

The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

| | |
|---|---|
| Dated: June 22nd, 2015 | Dated: June 22nd, 2015 |
| Respectfully submitted, | Respectfully submitted, |
| ESTEBAN-TRINIDAD LAW, P.C. | LITTLER MENDELSON, P.C. |
| /s/ M. Lani Esteban-Trinidad | /s/ Crystal J. Herrera |
| M. LANI ESTEBAN-TRINIDAD, ESQ.<br>4315 N. Rancho Drive, Ste. 110<br>Las Vegas, Nevada  89130<br>Telephone: (702) 736-5297<br>Fax: (702) 736-5299 | CRYSTAL J. HERRERA, ESQ.<br>BRUCE C. YOUNG, ESQ.<br>3960 Howard Hughes Parkway, Suite 300<br>Las Vegas, Nevada  89169<br>Telephone: (702) 862-8800<br>Fax: (702) 862-8811 |
| Attorney for Plaintiff,<br>RUBY PASION | Attorneys for Defendant,<br>THI of NEVADA II at DESERT LANE, LLC |

**ORDER**

**IT IS SO ORDERED.**

Dated: June 25 , 2015.

_____

UNITED STATES DISTRICT JUDGE

-2-