BRUCE C. YOUNG, ESQ., Bar # 5560
CRYSTAL J. HERRERA, ESQ., Bar # 12396
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811

Attorneys for Defendant,
THI OF NEVADA II AT DESERT LANE, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RUBY PASION,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THI OF NEVADA II AT DESERT LANE, LLC; a Foreign Limited Liability Company; DOES 1 through 10 inclusive; ROES CORPORATIONS/ENTITIES 1 through 10 inclusive ,<br><br>　　　　　Defendant. | Case No. 2:15-cv-00436-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT THI OF NEVADA II AT DESERT LANE, LLC TO REPLY IN SUPPORT OF PARTIAL MOTION TO DISMISS**<br><br>**[FIRST REQUEST]** |

Plaintiff RUBY PASION (hereinafter "Plaintiff") and Defendant THI of NEVADA II at DESERT LANE, LLC (hereinafter "Defendant"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for Defendant to reply in support of its Partial Motion to Dismiss [Dkt. #8], up to and including August 10, 2015.

This extension is necessary to provide adequate time for counsel for Defendant to receive and review necessary information to prepare a reply in support of the Partial Motion to Dismiss. This is the first request for an extension of time for Defendant to reply in support of the Partial Motion to Dismiss.

///

///

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

Dated: July 29, 2015

Respectfully submitted,

/s/ M. Lani Esteban-Trinidad
M. LANI ESTEBAN-TRINIDAD, ESQ.
ESTEBAN-TRINIDAD LAW, P.C.

Attorney for Plaintiff,
RUBY PASION

Dated: July 29, 2015

Respectfully submitted,

/s/ Crystal J. Herrera
BRUCE C. YOUNG, ESQ.
CRYSTAL J. HERRERA, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant,
THI OF NEVADA II AT DESERT LANE, LLC

**ORDER**

**IT IS SO ORDERED.**

Dated: July 31, 2015.

_____
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800